**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| WESLEY GARCIA,<br><br>                    Petitioner,<br><br>     v.<br><br>R. SMITH,<br><br>                    Respondent. | CASE NO. CV 19-09535-AB(AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, the records in this matter and the attached Report and Recommendation of United States Magistrate Judge.  After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed,[1] the Court

---

[1] The Court notes that Petitioner's objections to the findings and conclusions set forth in the Report and Recommendation reiterate the arguments raised in the Petition and have been thoroughly addressed in the Report and Recommendation.

concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered denying the Petition with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and this Judgment on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 15, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2