**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| WESLEY GARCIA,<br><br>        Petitioner,<br><br>   v.<br><br>R. SMITH,<br><br>        Respondent. | CASE NO. CV 19-09535-AB(AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: September 15, 2020

                                              _____
                                              ANDRÉ BIROTTE JR.
                                              UNITED STATES DISTRICT JUDGE